THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-246-RAJ |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| ILIGANOA LAUOFO, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of Iliganoa Lauofo to file Exhibit A under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. #26) is GRANTED.  Exhibit A to the Defendant's Sentencing Memorandum shall remain under seal.

DATED this 17th day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBIT
(*United States v. Lauofo*, No. CR19-246-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**