THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-246-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO POSTPONE DATE TO BEGIN SERVICE OF SENTENCE |
| ILIGANOA THERESA LAUOFO, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Postpone Date to Begin Service of Sentence (Dkt. # 36).  Having considered the motion, and the files and pleadings herein, and finding good cause,

IT IS NOW ORDERED that Defendant's Motion (Dkt. # 36) is GRANTED. The currently set date of January 20, 2021 for Ms. Lauofo to self-surrender to FDC SeaTac is vacated, and Ms. Lauofo is ORDERED to surrender to her designated institution to serve the sentence imposed by the Court's Amended Judgment (Dkt. # 35) on or before April 20, 2021.

DATED this 6th day of January, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
POSTPONE DATE TO BEGIN SERVICE OF SENTENCE
(*United States v. Lauofo*, CR19-246-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**