THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-246-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO POSTPONE DATE TO |
| ) | BEGIN SERVICE OF SENTENCE |
| ILIGANOA LAUOFO, ) | |
| Defendant. ) | |

The Court has considered Defendant Iliganoa Lauofo's second unopposed motion to postpone her self-surrender date, along with the relevant records in this case, and having found good cause,

IT IS NOW ORDERED that the Motion (Dkt. # 38) is GRANTED. Ms. Lauofo's current self-surrender date of April 20, 2021 is vacated. Ms. Lauofo is now ORDERED to surrender to FDC SeaTac to serve the sentence imposed by the Court's Amended Judgment (Dkt. # 35) on or before July 19, 2021.

DATED this 17th day of March 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
POSTPONE DATE TO BEGIN SERVICE OF SENTENCE
(*United States v. Lauofo*, CR19-246-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**